### 15389.  Smoky Joe v. The State.

Luke, J.   The evidence amply authorized the defendant's conviction. There being no insistence upon the special assignments of error in the amendment to the motion for a new trial, and the trial judge having approved the finding of the jury, there is no legal reason why the judgment overruling the motion for a new trial should be set aside.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> Decided May 13, 1924.

Accusation of carrying pistol unlawfully; from city court of Miller county—Judge Geer.   January 26, 1924.

*P. Z. Geer,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.

---

### 15393.  Felder v. The State.

Bloodworth, J.   1. Under the qualifying note of the trial judge there is no merit in the first special ground of the motion for a new trial.

2. For no reason assigned should a new trial be granted because of the excerpt from the charge of which complaint is made in the second ground of the amendment to the motion for a new trial.

3. The evidence is sufficient to support the verdict.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> Decided May 13, 1924.

Indictment for possession of liquor; from Dooly superior court —Judge Crum.   January 19, 1924.

*Watts Powell,* for plaintiff in error.

*Joseph B. Wall, solicitor-general,* contra.